a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LAYNES PUAC ARACELI #A200-232-062, Petitioner | CIVIL DOCKET NO. 6:26-CV-03044 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SOUTH LOUISIANA I C E PROCESSING CENTER, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by pro se Petitioner Laynes Puac Araceli ("Araceli"), an immigration detainee at the South Louisiana ICE Processing Center in Basile, Louisiana. Araceli seeks release from detention.

Araceli does not provide any information regarding her nationality and citizenship; when and where she entered the United States; and whether she was previously detained and released. Nor does Araceli indicate whether she is currently in removal proceedings or has a final removal order.

To determine whether Araceli is entitled to relief, IT IS ORDERED that she AMEND the Petition within 30 days to provide the information requested.

SIGNED on Wednesday, August 26, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE